**Order entered April 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00188-CV

**LAW OFFICE OF ANDREW L. JONES, P.C.S AND ANDREW JONES, Appellants**

**V.**

**LESLIE SCHACHAR, MD, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11330**

## ORDER

Before the Court is appellants' April 3, 2019 second agreed motion to extend briefing deadlines. We **GRANT** the motion and **ORDER** appellants' brief be filed no later than April 10, 2019. Appellee's brief shall be filed no later than May 14, 2019.

/s/    KEN MOLBERG
JUSTICE